# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

JAMES A. DUNHAM,

    Plaintiff,

v.                        Case No:   6:23-cv-1486-CEM-LHP

BONDIO LLC and JOSEPH MIRAKHOR,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR CLERK'S DEFAULT (Doc. No. 13)**
>
> **FILED:** October 10, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Plaintiff has filed an amended motion.   Doc. No. 14.

> **MOTION:** **AMENDED MOTION FOR CLERK'S DEFAULT AND SUPPORTING MEMORANDUM OF LAW (Doc. No. 14)**
>
> **FILED:** October 18, 2023

> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon review of the motion and the returns of service (Doc. Nos. 8–9, 14), the Court finds the motion well taken, and that both Defendants have been properly served.  *See generally United States v. Donald*, Case No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).  Accordingly, the motion (Doc. No. 14) is **GRANTED**, and the Clerk of Court is **DIRECTED** to enter default against Defendants Bondio LLC and Joseph Mirakhor.  Further, upon review of Plaintiff's response (Doc. No. 15), the Court's Order to Show Cause (Doc. No. 12) is hereby **DISCHARGED.**

**DONE** and **ORDERED** in Orlando, Florida on October 24, 2023.

_____
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties