UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JAMES A. DUNHAM,**

      **Plaintiff,**

v.                                            Case No. 6:23-cv-1486-CEM-LHP

**BONDIO LLC and JOSEPH MIRAKHOR,**

      **Defendants.**

_____/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Second Renewed Motion for Default Judgment (Doc. 34). The United States Magistrate Judge issued a Report and Recommendation (Doc. 35), recommending that the Motion be granted in part and denied in part, (*id.* at 22).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 35) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Second Renewed Motion for Default Judgment (Doc. 34). is **GRANTED in part** and **DENIED in part**.

   a. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants in the total amount of $26,345.47 as follows:

      i. $1,202.17 in wages and $1,202.17 in liquidated damages on the unpaid minimum wages (Count I)

      ii. $14,584.13 in unpaid wages under Florida common law (Count II)

      iii. $8,825.00 in attorney's fees and $532.00 in costs.

   b. Plaintiff is **AWARDED** post-judgment interest.

   c. The remainder of the Motion is **DENIED**.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on April 23, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record